Arthur M. Pratt, Respondent, v. The Erie Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.